# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Wu-Tang Production, Inc.<br><br>Plaintiff,<br><br>-v-<br><br>Hajo Korsch, Ascio Technologies, Inc. et al.<br><br>Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Wu-Tang Production, Inc.            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 09/15/11

**Signature of Attorney** [signature]

**Attorney Bar Code:** GM6363

Form Rule7_1.pdf  SDNY Web 10/2007